UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

      Plaintiff,

v.

Civ. No.: 2:18-cv-14881-KM-JBC

SHORT HILLS ASSOCIATES, L.L.C.,
a Delaware Limited Liability Company,

      Defendant.
------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: August 15, 2019

Respectfully Submitted,

/s/ Elizabeth T. Foster
Elizabeth T. Foster, Esq.
Attorney at Law, LLC
22 E. Quackenbush Ave.
Dumont, NJ 07628
T: (201) 290-5761
F: (201) 215-9574
liztlaw@gmail.com

*Attorney for Plaintiff*

Respectfully Submitted,

/s/ Jeremy G. Weiss
Jeremy G. Weiss, Esq.
Samuel G. Destito, Esq.
WINDELS MARX LANE &
MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
T: (973) 966-3200
jweiss@windelsmarx.com

*Attorneys for Defendant*

**SO ORDERED**

s/Kevin McNulty
Kevin McNulty, U.S.D.J.

Date: 8/16/19

1